UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In Re:

Chapter 7

LESLIE A. ROFF,

Debtor.

Bankruptcy

92-10985-CLB

LESLIE A. ROFF,

Plaintiff,

v.

UNITED STATES DEPARTMENT OF EDUCATION,

Department.

Adversary Proceeding

No. 19-01081-CLB

## STIPULATION OF SETTLEMENT

Whereas the above referenced Adversary Proceeding has been resolved to the satisfaction of the parties to the proceeding, the parties, by their respective attorneys, hereby stipulate to a discontinuance of the Adversary Proceeding.

Dated: ~~June~~ July 26, 2021 _MCK_       _/s/ Mary Clare Kane_
                                           Mary Clare Kane
                                           Assistant United State Attorney
                                           U.S. Attorney's Office
                                           Western District of New York
                                           138 Delaware Avenue
                                           Buffalo, N.Y. 14202

Dated: ~~June~~ July 22, 2021         _/s/ Ruth R. Wiseman_
                                           Ruth R. Wiseman, Esq.
                                           Andreozzi Bluestein LLP
                                           9145 Main Street
                                           Clarence, New York 14031

So ordered:

Dated: Buffalo, New York

        June _____, 2021

_____

Hon. Carl L. Bucki

U.S.B.J